UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SST FOUNDATION,

    Plaintiff,

- against -

CREDIT SUISSE, SUISSE AMERICAN SECURITIES, INC. and NEW YORK STATE DEPARTMENT OF TAXATION,

    Defendants.

---

07 Civ. 4758 (SAS)

STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for defendant Swiss American Securities, Inc. (incorrectly named as "Suisse American Securities, Inc.") to serve an answer or otherwise respond to the Complaint is hereby extended to and including July 27, 2007.

IT IS FURTHER STIPULATED AND AGREED, that a fax signature herein shall be deemed to have the same force and effect of an original.

Dated: New York, New York
       June __, 2007

Schaeffer & Krongod LLP
Attorneys for Plaintiff

By: _____
Elliot L. Schaeffer, Esq. (ELS-4647)
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. No.: (212) 279-3467

Duval & Stachenfeld LLP
Attorneys for Defendant
Swiss American Securities, Inc.

By: _____
Allan N. Taffet, Esq. (AT-5181)
Timothy J. Pastore, Esq. (TP-1827)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

SO ORDERED:

_____  7/6/07
Hon. Shira A. Scheindlin, U.S.D.J.