AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SST FOUNDATION,

V.

CREDIT SUISSE, SUISSE AMERICAN SECURITIES, INC. and NEW YORK STATE DEPARTMENT OF TAXATION,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 4758**

**JUDGE SCHEINDLIN**

TO: (Name and address of defendant)

Credit Suisse
11 Madison Avenue
New York, New York 10010

Suisse American Securities, Inc.
12 East 49th Street
New York, New York 10017

New York State
Dep. of Taxation
Building 9, W.A.
Harriman Campus
Albany NY 12227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elliot L. Schaeffer
Schaeffer & Krongold, LLP
450 Seventh Avenue
Suite 1400
New York, New York 10123

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]*

(BY) DEPUTY CLERK

JUN 0 5 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2007 at 02:10 PM at

BY CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. NIKKI CHAPPEL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 40 | 5'6 | 160 |

Sworn to me on: June 18, 2007

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **STEVEN C. AVERY**<br><br>Docket #: 483511 |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SCHAEFFER & KRONGOLD LLP - 844

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2007 at 02:10 PM at

BY CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY12207

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. NIKKI CHAPPEL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 40 | 5'6 | 160 |

Sworn to me on: June 18, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 483511 |

Attorney: SCHAEFFER & KRONGOLD LLP - 844

---

SST FOUNDATION

Plaintiff(s)

- against -

CREDIT SUISSE ET AL

Defendant(s)

Index #: 07 CV 4758

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 15, 2007 at 09:15 AM at

THE OFFICE OF THE SECRETARY OF STATE
41 STATE STREET
ALBANY, NY12231

deponent served the within two true copies of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**SECRETARY OF STATE** by delivering two true copies to MS. CAROL VOGT personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 50 | 5'3 | 135 |

WEARS GLASSES

Sworn to me on: June 18, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

STEVEN C. AVERY

Docket #: 483685

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 15, 2007 at 09:15 AM at

THE OFFICE OF THE SECRETARY OF STATE
41 STATE STREET
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**SECRETARY OF STATE**    by delivering two true copies to MS. CAROL VOGT personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 50 | 5'3 | 135 |

WEARS GLASSES

Sworn to me on: June 18, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

STEVEN C. AVERY

Docket #: 483685

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 01:25 PM at

BUILDING 9 W.A.
HARRIMAN CAMPUS
ALBANY, NY 12227

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on NEW YORK STATE DEPT OF TAXATION, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MR. CHRIS MESERVEY, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 35 | 5'3 | 140 |

Sworn to me on: June 12, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Docket #: 483513 |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 01:25 PM at

BUILDING 9 W.A.
HARRIMAN CAMPUS
ALBANY, NY 12227

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on NEW YORK STATE DEPT OF TAXATION, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MR. CHRIS MESERVEY, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 35 | 5'3 | 140 |

Sworn to me on: June 12, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 483513 |

SST FOUNDATION

Index #: 07 CV 4758

Plaintiff(s)

- against -

Date Filed:

CREDIT SUISSE ET AL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 02:10 PM at

12 EAST 49TH STREET, 38TH FLOOR
NEW YORK, NY10017

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on SUISSE AMERICAN SECURITIES, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. ADAM REZAK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the VICE PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 46 | 6'2 | 180 |

Sworn to me on: June 12, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BYRAN E. MCELDERRY**
License #: 869802
Docket #: 483512

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK / Attorney: SCHAEFFER & KRONGOLD LLP - 844

_____

SST FOUNDATION

                                            Plaintiff(s)

                    - against -

CREDIT SUISSE ET AL

                                            Defendant(s)

_____

Index #: 07 CV 4758

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 02:10 PM at

12 EAST 49TH STREET, 38TH FLOOR
NEW YORK, NY10017

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on SUISSE AMERICAN SECURITIES, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. ADAM REZAK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the VICE PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 46 | 6'2 | 180 |

Sworn to me on: June 12, 2007

| Linda Forman | Robin M. Forman | Larry Yee | **BYRAN E. MCELDERRY** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 483512 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |