AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

SST FOUNDATION,

**SUMMONS IN A CIVIL CASE**

V.

CREDIT SUISSE, SUISSE AMERICAN
SECURITIES, INC. and NEW YORK STATE
DEPARTMENT OF TAXATION,

CASE NUMBER:

**'07 CIV 4758**

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

Credit Suisse
11 Madison Avenue
New York, New York 10010

Suisse American Securities, Inc.
12 East 49th Street
New York, New York 10017

New York State
Dep. of Taxation
Building 9, W.A.
Harriman Campus
Albany NY 12227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elliot L. Schaeffer
Schaeffer & Krongold, LLP
450 Seventh Avenue
Suite 1400
New York, New York 10123

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(BY) DEPUTY CLERK

JUN 0 5 2007

DATE

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                   Date                         Signature of Server

                                    _____
                                         Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2007 at 02:10 PM at

BY CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. NIKKI CHAPPEL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 40 | 5'6 | 160 |

Sworn to me on:  June 18, 2007

STEVEN C. AVERY

Docket #: 483511

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2007 at 02:10 PM at

BY CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY12207

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. NIKKI CHAPPEL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 40 | 5'6 | 160 |

Sworn to me on:  June 18, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 483511 |

---

SST FOUNDATION

Plaintiff(s)

- against -

CREDIT SUISSE ET AL

Defendant(s)

---

Index #: 07 CV 4758

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 15, 2007 at 09:15 AM at

THE OFFICE OF THE SECRETARY OF STATE
41 STATE STREET
ALBANY, NY12231

deponent served the within two true copies of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**SECRETARY**    by delivering two true copies to MS. CAROL VOGT personally, an agent in the office of the Secretary of State of the
**OF STATE**        State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 50 | 5'3 | 135 |

WEARS GLASSES

Sworn to me on:  June 18, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**STEVEN C. AVERY**

Docket #: 483685

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 15, 2007 at 09:15 AM at

THE OFFICE OF THE SECRETARY OF STATE
41 STATE STREET
ALBANY, NY12231

deponent served the within two true copies of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on CREDIT SUISSE SECURITIES (USA) LLC S/H/A CREDIT SUISSE, the defendant/respondent therein named,

**SECRETARY OF STATE**  by delivering two true copies to MS. CAROL VOGT personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 50 | 5'3 | 135 |

WEARS GLASSES

Sworn to me on:  June 18, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 483685 |

SST FOUNDATION

Plaintiff(s)

Index #: 07 CV 4758

Date Filed:

- against -

CREDIT SUISSE ET AL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 01:25 PM at

BUILDING 9 W.A.
HARRIMAN CAMPUS
ALBANY, NY 12227

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on NEW YORK STATE DEPT OF TAXATION, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MR. CHRIS MESERVEY, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | WHITE | BLACK | 35 | 5'3 | 140 |

Sworn to me on:  June 12, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18,
2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**STEVEN C. AVERY**

Docket #: 483513

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 01:25 PM at

BUILDING 9 W.A.
HARRIMAN CAMPUS
ALBANY, NY 12227

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on NEW YORK STATE DEPT OF TAXATION, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MR. CHRIS MESERVEY, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 35 | 5'3 | 140 |

Sworn to me on:  June 12, 2007

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18,<br>2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **STEVEN C. AVERY**<br><br>Docket #: 483513 |

| | | |
|---|---|---|
| SST FOUNDATION | | Index #: 07 CV 4758 |
| | Plaintiff(s) | |
| - against - | | Date Filed: |
| CREDIT SUISSE ET AL | | **AFFIDAVIT OF SERVICE** |
| | Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 02:10 PM at

12 EAST 49TH STREET, 38TH FLOOR
NEW YORK, NY10017

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on SUISSE AMERICAN SECURITIES, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. ADAM REZAK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the VICE PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 46 | 6'2 | 180 |

Sworn to me on:  June 12, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **BYRAN E. MCELDERRY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 483512 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SST FOUNDATION | Index #: 07 CV 4758 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| CREDIT SUISSE ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2007 at 02:10 PM at

12 EAST 49TH STREET, 38TH FLOOR
NEW YORK, NY10017

deponent served the within true copy of the SUMMONS & COMPLAINT & CIVIL CASE SHEET on SUISSE AMERICAN SECURITIES, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. ADAM REZAK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & CIVIL CASE SHEET as said defendant/respondent and knew said individual to be the VICE PRESIDENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 46 | 6'2 | 180 |

Sworn to me on:  June 12, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **BYRAN E. MCELDERRY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 483512 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |