**SCHAEFFER & KRONGOLD LLP**
ATTORNEYS AT LAW

450 SEVENTH AVENUE
NEW YORK, NEW YORK 10123

(212) 279-3467
FACSIMILE: (212) 695-3575

SAMUEL SCHAEFFER (1907-1980)
ELLIOT L. SCHAEFFER
JEFFREY B. KRONGOLD*

EMIL A. SAMMAN**

*ALSO ADMITTED IN FLORIDA
**ALSO ADMITTED IN NEW JERSEY

OF COUNSEL:
LEE A. RUBENSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07



JUL 20 2007

July 20, 2007

The Honorable Shira A. Scheindlin
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

   Re:   SST Foundation v. Credit Suisse, et al.
         07 CV 4758

Dear Judge Scheindlin:

   I am writing to request an adjournment for the conference scheduled for July 25, 2007, in the above referenced matter. It is my understanding that none of the parties were aware of the scheduled conference until late this afternoon and unavoidable conflicts have arisen.

   Thank you for your time and consideration. Please feel free to contact me if you require any further information.

Respectfully requested,

Elliot L. Schaeffer

ELS/sm

cc:   Allan N. Taffet, Esq.
      Elizabeth A. Forman

*Request granted.
Conference adjourned to
Aug 9 at 4:30.
So Ordered.*

7/23/07

TOTAL P.02