UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SST FOUNDATION,                                        :

                    Plaintiff,                    :

     -against-                                          :

CREDIT SUISSE, SUISSE AMERICAN SECURITIES,   :
INC., and NEW YORK STATE DEPARTMENT OF
TAXATION,                                                     :

                  Defendants.            :
------------------------------------------------------------------------X

**NOTICE OF MOTION**

07 CV 4758

(SAS)

     PLEASE TAKE NOTICE that upon the  the accompanying memorandum of law; and upon all prior proceedings, defendant New York State Department of Taxation and Finance, on August 2, 2007, at 9:30 a.m, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, or at such time and place as the Court may appoint, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the complaint as against the New York State Department of Taxation and Finance because such claim is barred by the Eleventh Amendment, U.S. Const. Amend. XI.

 Dated: New York, New York
       July 2, 2007

                                       ANDREW M. CUOMO
                                       Attorney General of the State
                                         of New York
                                       <u>Attorney for Defendant</u>
                                       <u>New York State Department of Taxation and Finance</u>


                                       By:     <u>/s/ Elizabeth A. Forman /s/</u>

                                       ELIZABETH A. FORMAN
                                       Assistant Attorney General
                                       120 Broadway - 24th Floor
                                       New York, New York 10271

(212) 416-8538

Case 1:07-cv-04758-SAS    Document 8    Filed 07/24/2007    Page 2 of 2