UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SST FOUNDATION,                                                        :
                      Plaintiff,                    :

      -against-                                                     :     **AFFIRMATION OF SERVICE**

CREDIT SUISSE, SUISSE AMERICAN SECURITIES,      :     07 CV 4758
INC., and NEW YORK STATE DEPARTMENT OF
TAXATION,                                                              :     (SAS)
                      Defendants.                  :
------------------------------------------------------------------------X

      ELIZABETH A. FORMAN hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

      1. I am an assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of New York State. This Office is counsel for defendant the New York State Department of Taxation and Finance ("DTF"), sued as the New York State Department of Taxation, in the above-captioned matter.

      2. On July 2, 2007, I served a copy of the annexed Memorandum of Law in Support of Motion to Dismiss and Notice of Motion by first class mail on the following:

Elliot Schaeffer, Esq.
Schaeffer & Krongold, LLP
450 Madison Ave
Suite 1400
New York, NY 10123

Suisse American Securities, Inc.
12 East 49th St.
New York, NY 10017

Credit Suisse
11 Madison Ave.
New York, NY 10010

by depositing a copy of the referenced papers properly enclosed in a postpaid wrapper into a mailbox maintained by the United States Postal Service, located at 120 Broadway, New York, NY 10271 addressed to the above counsel and parties in the above-captioned action.

      3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 2, 2007

                                                            /s/
                                             ELIZABETH A. FORMAN