Duval & Stachenfeld LLP
Attorneys for Swiss American Securities Inc.
By:  Allan N. Taffet, Esq. (AT-5181)
Timothy J. Pastore, Esq. (TP-1827)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

| | |
|---|---|
| SST FOUNDATION, | : |
| Plaintiff, | : 07 Civ. 4758 (SAS) |
| - against - | : |
| CREDIT SUISSE, SUISSE AMERICAN SECURITIES, INC. and NEW YORK STATE DEPARTMENT OF TAXATION, | : |
| Defendants. | : |

───────────────────────────────────────────

## RULE 7.1 STATEMENT OF DEFENDANT
## SWISS AMERICAN SECURITIES INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Swiss American Securities Inc. ("SASI"), by its attorneys, Duval & Stachenfeld LLP, hereby certifies that it is an indirect subsidiary of Credit Suisse Group, a publicly held company.  Other than through Credit Suisse Group's ownership, no publicly held company has a direct or indirect ownership interest of 10% or more in SASI.

Dated: New York, New York
       July 27, 2007

                                        Duval & Stachenfeld LLP
                                        Attorneys for Defendant
                                        Swiss American Securities Inc.


                                By:     /S/ Allan N. Taffet
                                        Allan N. Taffet, Esq. (AT-5181)
                                        Timothy J. Pastore, Esq. (TP-1827)
                                        300 East 42nd Street
                                        New York, New York 10017
                                        Tel. No.: (212) 883-1700