Duval & Stachenfeld LLP
Attorneys for Swiss American Securities Inc.
By: Allan N. Taffet, Esq. (AT-5181)
Timothy J. Pastore, Esq. (TP-1827)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| SST FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | 07 Civ. 4758 (SAS) |
| | : | |
| - against - | : | |
| | : | |
| CREDIT SUISSE, SUISSE AMERICAN SECURITIES, INC. and NEW YORK STATE DEPARTMENT OF TAXATION, | : | |
| | : | |
| Defendants. | : | |

_____

## CERTIFICATE OF SERVICE

I certify that the Answer and Rule 7.1 Statement of defendant Swiss American Securities Inc. was served on July 27, 2007 by first-class mail and ECF upon the following:

    Elliot L. Schaeffer, Esq.
    Schaeffer & Krongod LLP
    450 Seventh Avenue, Suite 1400
    New York, New York 10123

    Elizabeth A. Forman, Esq.
    Office of the Attorney General
    120 Broadway
    New York, New York 10271

    /S/ Timothy J. Pastore
Timothy J. Pastore, Esq. (TP-1827)
Duval & Stachenfeld LLP
300 East 42nd Street
New York, New York 10017
Telephone: (212) 883-1700
Facsimile: (212) 883-8883
E-mail: tpastore@dsllp.com