UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
SST FOUNDATION,                                              :    ORDER OF
                                                             :    DISCONTINUANCE
                Plaintiff,   :
                                                             :    07 Civ. 4758 (SAS)
   - against -                                             :
                                                             :
CREDIT SUISSE, SUISSE AMERICAN                               :
SECURITIES, INC. and NEW YORK                                :
STATE DEPARTMENT OF TAXATION,                                :
                                                             :
                Defendants.  :
------------------------------------------------------------ x

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action,

       IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 60 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                                  SO ORDERED:

                                                  Shira A. Scheindlin
                                                  U.S.D.J.

Dated:     New York, New York
             August 7, 2007

*USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: _____  DATE FILED: 8/7/07*

- Appearances -

**For Plaintiff:**

Elliot L. Schaeffer, Esq.
Schaeffer & Krongod LLP
450 Seventh Avenue, Suite 1400
New York, New York 10123
(212) 279-3467

**For Defendant Swiss American Securities Inc.:**

Allan N. Taffet, Esq.
Timothy J. Pastore, Esq.
Duval & Stachenfeld LLP
300 East 42nd Street
New York, New York 10017
(212) 883-1700

**For Defendant New York State Department of Taxation:**

Elizabeth A. Forman, Esq.
Office of the Attorney General, New York State
120 Broadway
New York, New York 10271
(212) 416-8610