UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SST FOUNDATION,

                       Plaintiff,

       - against -

CREDIT SUISSE, SUISSE AMERICAN
SECURITIES, INC. and NEW YORK STATE
DEPARTMENT OF TAXATION,

                       Defendants.
-----------------------------------------------------------------X

07 Civ. 4758 (SAS)

ORDER OF
DISCONTINUANCE

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they are attempting to reach a resolution of this action,

      **IT IS HEREBY ORDERED** that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not affected, in which event the action will be restored.

                                         SO ORDERED:

                                         Shira A. Scheindlin
                                         U.S.D.J.

Dated: New York, New York
         October 11, 2007

F:\S&K Docs\DOCS\EMIL\orders\sstdisc2.doc