# SCHAEFFER & KRONGOLD LLP

ATTORNEYS AT LAW

450 SEVENTH AVENUE
NEW YORK, NEW YORK 10123

(212) 279-3467
FACSIMILE: (212) 695-3575

SAMUEL SCHAEFFER (1907-1980)
ELLIOT L. SCHAEFFER
JEFFREY B. KRONGOLD*

EMIL A. SAMMAN**

OF COUNSEL:

LEE A. RUBENSTEIN

*ALSO ADMITTED IN FLORIDA
**ALSO ADMITTED IN NEW JERSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

RECEIVED
CHAMBERS OF
DEC 19 2007
JUDGE SCHEINDLIN

December 19, 2007

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007-1312

      Re:    SST Foundation v. Credit Suisse, et al.
               07-CV-4758 (SAS)

Dear Judge Scheindlin:

    I am writing to request that the above referenced matter be reinstated and put back on your "active" calendar.

    Thank you for your time and attention to this matter. If you require any further information please feel free to contact me.

                                       Respectfully Submitted,

                                       Emil A. Samman

EAS/sm

F:\S&K Docs\DOCS\EMIL\correspondence\sst.judge.disc.12.19.07.doc

*Handwritten order:* The Clerk is directed to restore this case to the calendar. A conference is scheduled for December 27 at 2:30 p.m.

So Ordered: [signature]
USDJ
12/19/07