**DUVAL & STACHENFELD LLP**
300 EAST 42ND STREET
NEW YORK, NEW YORK 10017
TELEPHONE: 212-883-1700
FACSIMILE: 212-883-8883

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

TIMOTHY J. PASTORE
DIRECT DIAL. 212-692-5982
TPastore@dsllp.com

December 20, 2007

**VIA FACSIMILE**
(212) 805-7920

RECEIVED
CHAMBERS OF
DEC 20 2007
JUDGE SCHEINDLIN

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re:  **SST Foundation v. Credit Suisse, et al.**
     07 Civ. 4758 (SAS) (S.D.N.Y.)

Dear Judge Scheindlin:

I am counsel to Swiss American Securities, Inc. ("SASI"), a defendant in the above-referenced action.

Today, the Court issued an Order setting an initial conference for December 27, 2007 at 2:30 PM. In light of the holidays, the date of the initial conference poses scheduling difficulties for certain attorneys in the case.

Accordingly, I write on behalf of and with the consent of all parties to respectfully request an adjournment of the initial conference from December 27, 2007 to any one of the following dates: January 3, 2008, January 4, 2008, January 7, 2008, January 8, 2008 or a date more convenient for the Court.

If Your Honor has any questions, please contact me. We thank Your Honor for your consideration of this request.

Respectfully submitted,

Timothy J. Pastore

*[Handwritten: Request granted. Adjourned to January 3 at 2:30.]*

cc: Elliot L. Schaeffer, Esq. (by e-mail)
    Elizabeth Anne Forman, Esq. (by e-mail)
    Allan N. Taffet, Esq. (by e-mail)

*[Handwritten: So Ordered -- /s/ SAS  USDJ  12/21/07]*