UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SST FOUNDATION,
                          Plaintiff,

      -against-                                      NOTICE OF
                                                                   VOLUNTARY
CREDIT SUISSE, SUISSE AMERICAN SECURITIES,         **DISMISSAL**
INC., and NEW YORK STATE DEPARTMENT OF            07 CV 4758
TAXATION,
                     Defendants.                         (SAS)
-------------------------------------------------------------X

PLEASE TAKE NOTICE that plaintiff SST Foundation, by its counsel, pursuant to Fed R. Civ. P. 41(a)(1), hereby voluntarily dismisses and discontinues the above-entitled action as against the New York State Department of Taxation and Finance, sued here as the "New York State Department of Taxation," without prejudice, and without costs to any party.

Dated: New York, New York
         November _7_, 2007

                                                     SST CORPORATION
                                                     by:

                                                     Elliot Schaeffer, Esq.
                                                   Schaeffer & Krongold, LLP
                                                   Counsel for Plaintiff SST Corporation
                                                   450 Madison Avenue
                                                   Suite 1400
                                                   New York, NY 10123
                                                   (212) 279-3467