USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SST FOUNDATION,

        Plaintiff,

    - against -

CREDIT SUISSE, SUISSE AMERICAN
SECURITIES, INC. and NEW YORK STATE
DEPARTMENT OF TAXATION,

        Defendant(s).

------------------------------x

SCHEDULING ORDER

07 Civ. 4758 (SAS)
Conference Date:
January 3, 2008

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties; January 3, 2008
Counsel for Plaintiff: Elliot L. Schaeffer, Esq. - Schaeffer & Krongold LLP
Counsel for Defendant Swiss American Securities Inc.: Allan N. Taffet, Esq. - Duval & Stachenfeld LLP

(2)    a concise statement of the issues as they then appear;
Plaintiff alleges that defendant Swiss American Securities Inc. ("SASI") breached a contract or, alternatively, converted or negligently honored a New York State tax levy. Defendant denies the allegations.

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;
Donald Kalfin, Cecile Kalfin, Trustees of the SST Foundation, representatives of SASI with knowledge of the underlying facts  *[handwritten: March - mid-April]*

    (b) a schedule for the production of documents;
Documents to be produced by February 15, 2008

    (c) dates by which (i) each expert's reports will be supplied to the adverse side May 2, 2008, and (ii) each expert's deposition will be completed; May 23, 2008  *[handwritten: doubtful]*

    (d) time when discovery is to be completed; May 30, 2008

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;
~~June 30, 2008~~   to be set 4/15

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and
~~July 18, 2008~~   to be set at 4/15

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

April 15 at 4:30   (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;
Stipulation and Order of Confidentiality regarding proprietary business and financial information of the parties by January 15, 2008.

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;
Industry practice for responding to state tax levies

(7) anticipated length of trial and whether to court or jury;
Three Days/Jury

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

1/3/08

Elliot L. Schaeffer, Esq.
Counsel for Plaintiff
Schaeffer & Krongold
450 Seventh Avenue, Suite 1400
New York, NY 10123
(212) 279-3467

Signatory for Plaintiff's Counsel

Allan N. Taffet, Esq.
Counsel for Defendant - SASI
Duval & Stachenfeld LLP
300 East 42nd Street, 3rd Floor
New York, NY 10017
(212) 883-1700

Signatory for Defendant SASI's Counsel