JAN-11-2008  16:22          sk                                                                    P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SST FOUNDATION,

        Plaintiff,

   - against -

CREDIT SUISSE, SUISSE AMERICAN SECURITIES,
INC. and NEW YORK STATE DEPARTMENT OF
TAXATION,

        Defendants.
-------------------------------------------------------------- x

07 Civ. 4758 (SAS)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that defendant Swiss American Securities Inc. (incorrectly named as "Suisse American Securities, Inc.") shall be allowed to file and serve a third-party complaint, pursuant to Rule 14 of the Federal Rules of Civil Procedure, against Donald Kalfin and Cecile Kalfin, without resort to motion practice to seek separate leave of Court.

    IT IS FURTHER STIPULATED AND AGREED, that a fax signature herein shall be deemed to have the same force and effect of an original.

Dated: New York, New York
       January 11, 2008

Schaeffer & Krongold LLP
Attorneys for Plaintiff

By: _____
Elliot L. Schaeffer, Esq. (ELS-4647)
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. No.: (212) 279-3467

Duval & Stachenfeld LLP
Attorneys for Defendant
Swiss American Securities, Inc.

By: _____
Allan N. Taffet, Esq. (AT-5181)
Timothy J. Pastore, Esq. (TP-1827)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

1/15/08

TOTAL P.02