UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SST FOUNDATION,	:

           Plaintiff,	:	07 Civ. 4758 (SAS) (AJP)

        -against-	:	**ORDER OF DISMISSAL ON CONSENT**

CREDIT SUISSE, SUISSE AMERICAN	:
SECURITIES, INC.,
                     :

           Defendant.
                     :
------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot. *Any Statute of Limitations is tolled for twenty-four (24) months from the date hereof.*

        SO ORDERED.

DATED:    New York, New York
              February 15, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Consented to:

_____
Counsel for Plaintiff

_____
Counsel for Defendant SAS 1

_____
Counsel for Third Party Defendants

C:\ORD\DISMISS